IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANABELLA GYASI, *et al.*,
                              *Petitioners,*

v.                                                           1:26-cv-01436-MSN-WEF

RODNEY S. SCOTT, *et al.*,
                              *Respondents.*

## ORDER

On May 26, 2026, Petitioner Anabella Gyasi, on behalf of herself and her minor child G.O.O., ("Petitioners") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. Dkt. No. 1. The Petition alleges that on May 19, 2026, Gyasi, who is four-and-a-half months pregnant, arrived with her four-year-old disabled son at Dulles International Airport ("Dulles") so that her son could receive medical care at Akron Children's Hospital in Akron, Ohio. *Id.* ¶¶ 1–2. Both Petitioners hold valid tourist visas, yet for the eight days since their arrival, the United States Customs and Border Protection has held Petitioners at Dulles in a windowless room with a single bed and toilet. *Id.* ¶¶ 1–2, 23. These facts demonstrate that the Petition presents exigent circumstances requiring immediate action. Accordingly, it is hereby

ORDERED that the Petition be and is filed; and it is further

ORDERED that Respondents shall have until 9:00 A.M. on Thursday, May 28, 2026 to show a legal basis for Petitioners' continued detention. A failure to show an adequate legal basis for Petitioners' continued detention will result in their immediate release so that they may pursue G.O.O.'s planned medical care; and it is further

ORDERED that Petitioners shall not be removed from this judicial district for any reason without this Court's permission during the pendency of this habeas action, other than to be released

to travel to Akron, Ohio to attend Gyasi's minor child's medical appointments. 28 U.S.C. § 1651;

*FTC v. Dean Foods Co.*, 384 U.S. 597, 603 (1966).

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis

Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of

Virginia.

Entered this 27 day of May, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge    *Judge Nachmanoff*

2