IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANABELLA GYASI, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1436 (MSN/WEF) |
| | ) | |
| RODNEY S. SCOTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

<u>ORDER</u>

In response to the Court's Order requiring respondents to show cause as to why petitioners' Petition for Writ of Habeas Corpus should not be granted, respondents indicated that, although petitioners presented themselves for inspection at the Dulles Airport Port of Entry with valid tourist visas, petitioner Anabella Gyasi "admitted under oath that she came to the United States in order to seek asylum and her intent was not to leave the United States to return to Ghana." [Dkt. No. 5] at 1. Subsequently, U.S. Customs and Border Protection ("CBP") agents concluded that petitioners could not use their tourist visas to enter the United States and processed petitioners for expedited removal. <u>Id.</u> at 1–2. Although petitioners expressed a fear of returning to Ghana, an asylum officer made a negative credible fear determination, a decision which was affirmed by an Immigration Judge on May 27, 2026. <u>Id.</u> at 2. Accordingly, absent the Court's May 27, 2026 Order prohibiting respondents from removing petitioners from this district, "CBP would begin the process of executing the order to remove Petitioners to Ghana." <u>Id.</u> at 2. Finding oral argument will assist the decisional process, it is hereby

ORDERED that the parties appear before the Court on Friday, May 29, 2026 at 10:00 AM in Courtroom 700.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 28 day of May, 2026.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge