IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ANABELLA GYASI, et al.,                )
                                       )
            Petitioner,                )
                                       )
      v.                               )        1:26-cv-1436 (LMB/WEF)
                                       )
RODNEY S. SCOTT, et al.,               )
                                       )
            Respondents.               )

## ORDER

The respondents have provided the Court with a Notice that the petitioners can fly to Ghana tonight and have filed a Motion to Vacate the Court's Order entered on May 27, 2026, prohibiting respondents from removing petitioners from this district without Court approval. See generally, [Dkt. No. 9].

For the reasons stated from the bench, the Court finds that the welfare of the petitioners and the interests of justice are best served by allowing petitioners to return home immediately. Accordingly, the Motion to Vacate, [Dkt. No. 9], is GRANTED; and it is hereby

ORDERED that the Court's May 27, 2026, Order be and is VACATED; and it is further

ORDERED that respondents ensure that petitioners depart today and file a Notice confirming petitioners' departure.

These remedies have resolved the pending Petition for a Writ of Habeas Corpus, [Dkt. No. 1], which is DISMISSED as MOOT.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 29 day of May, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge